UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICK MARTIN JONES,

    Plaintiff,

v.                                                         Case No. 8:18-cv-1985-T-23AAS

SECRETARY, DRUG ENFORCEMENT
ADMINISTRATION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Patrick Martin Jones moves to proceed in this action *in forma pauperis*. (Doc. 2). After reviewing Mr. Jones's complaint (Doc. 1), the undersigned deferred ruling on Mr. Jones's motion pending Mr. Jones amending his complaint by September 7, 2018. (Doc. 5). Mr. Jones failed to amend his complaint despite being advised that failure to do so would result in a recommendation of dismissal. *Id.* at 3.

Therefore, it is **RECOMMENDED** that Mr. Jones's motion for leave to proceed *in forma pauperis* (Doc. 2) be **DENIED**, and the complaint (Doc. 1) be **DISMISSED**.

**ENTERED** in Tampa, Florida, on September 11, 2018.

                                                                  */s/ Amanda Arnold Sansone*
                                                                AMANDA ARNOLD SANSONE
                                                                United States Magistrate Judge

## **NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days from the date of this service shall bar an aggrieved party from attacking the factual findings on appeal. *See* 28 U.S.C. § 636(b)(1).

cc: pro se plaintiff